UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
UNITED STATES OF AMERICA,      :    09-CR-1142 (LAP)
                               :
       v.                    :    <u>MEMORANDUM AND ORDER</u>
                               :
ALFONSO PORTILLO,            :
    Defendant            :

    and                 :

OTILIA PADUA PORTILLO,     :
    Claimant-Third-Party-Petitioner. :

                               :
----------------------------------------x



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4-18-19

LORETTA A. PRESKA, Senior United States District Judge:

    The Court withdraws the briefing schedule contained in its
April 17, 2019 order [dkt. no. 130].  Instead, because
Petitioner claims an interest in the Specific Property, her
brief shall be filed no later than May 17, 2019.  The Government
shall respond no later than June 17, 2019.  Petitioner may reply
no later than July 15, 2019.

SO ORDERED.

Dated:   New York, New York

       April 18, 2019

                         _Loretta A. Preska_
                     LORETTA A. PRESKA

                     Senior United States District Judge