UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    Plaintiff,

-against-

ALFONSO PORTILLO,

    Defendant,

and

OTILA PORTILLO PADUA,

    Claimant-Petitioner.

9 Cr. 1142 (LAP)

ORDER



LORETTA A. PRESKA, Senior United States District Judge:

The Government shall respond to Claimant-Petitioner's October 4, 2019 letter [dkt. no. 149] by no later than January 31, 2020.

**SO ORDERED.**

Dated: New York, New York
December 9, 2019

LORETTA A. PRESKA
Senior United States District Judge

1