THE LAW OFFICES OF
## ANDREW J. FRISCH, PLLC

ONE PENN PLAZA
53rd FLOOR
NEW YORK, NEW YORK 10119
(212) 285-8000
FAX: (646) 304-0352

February 10, 2020

*By ECF*

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 2-11-2020

    *Re: United States v. Portillo*
    *Criminal Docket Number 09-1142 (LAP)*

Dear Judge Preska:

    On behalf of claimant Otilia Portillo in the above-referenced case, I write to request that I have until March 2, 2020, within which to reply to the government's response, filed January 31, 2020, to Ms. Otilia's letter of October 4, 2019, providing further briefing on issues identified by the Court. AUSA Daniel Tracer has advised me that he consents to this request. The government's response is lengthy and includes statements from three foreign lawyers. The time requested is necessary for me to assess the government's letter and its proffered statements and to determine how most appropriately to reply.

    I appreciate the Court's consideration.

SO ORDERED
_____
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
2/11/20

Respectfully submitted,

/s/
Andrew J. Frisch

cc: AUSA Daniel Tracer