THE LAW OFFICES OF
ANDREW J. FRISCH, PLLC

ONE PENN PLAZA
53rd FLOOR
NEW YORK, NEW YORK 10119
(212) 285-8000
FAX: (646) 304-0352

February 28, 2020

*By ECF*

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-28-20

Re: *United States v. Portillo*
    *Criminal Docket Number 09-1142 (LAP)*

Dear Judge Preska:

On behalf of claimant Otilia Portillo in the above-referenced case, I write to request that I have an additional thirty days, from March 2, 2020, to April 3, 2020, within which to reply to the government's response, filed January 31, 2020, to Ms. Otilia's letter of October 4, 2019, providing further briefing on issues identified by the Court. AUSA Daniel Tracer has advised me that he consents to this request.

Since I last wrote to the Court, I have not had time to assess the government's letter and its proffered expert statements and determine how most appropriately to reply. I have been preoccupied with other matters, including a deadline before this Court, and have multiple other deadlines, including a brief due next week in the Court of Appeals for which I am about to travel to visit the incarcerated client.

I appreciate the Court's consideration.

SO ORDERED.

*Loretta A. Preska*
2/28/20

Respectfully submitted,

/s/
Andrew J. Frisch

cc: AUSA Daniel Tracer