THE LAW OFFICES OF
ANDREW J. FRISCH, PLLC

ONE PENN PLAZA
53rd FLOOR
NEW YORK, NEW YORK 10119
(212) 285-8000
FAX: (646) 304-0352

April 3, 2020

By ECF

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

     Re: United States v. Portillo
         Criminal Docket Number 09-1142 (LAP)

Dear Judge Preska:

     I had hoped to be able to reply today to the government's response, filed January 31, 2020, to Ms. Portillo's letter of October 4, 2019, providing further briefing on issues identified by the Court, but events have overtaken my schedule and I write for a further adjournment. AUSA Daniel Tracer consents to this request.

     I have been working this week with multiple incarcerated clients for whom I have either moved or expect shortly to move for compassionate release because of the current crisis. Meanwhile, I have a deadline on Monday in another case before your Honor which I am working to meet. I respectfully request until and including April 20, 2020, within which to file my reply.

     I appreciate the Court's consideration and trust that you and everyone in Chambers is staying safe.

               Respectfully submitted,

               /s/
               Andrew J. Frisch

cc: AUSA Daniel Tracer

**The request for an extension until April 20 is granted. SO ORDERED.**

*Loretta A. Preska*   4/3/2020

WWW.ANDREWFRISCH.COM