THE LAW OFFICES OF
## ANDREW J. FRISCH, PLLC

ONE PENN PLAZA
53rd FLOOR
NEW YORK, NEW YORK 10119
(212) 285-8000
FAX: (646) 304-0352

JASON D. WRIGHT
ADMITTED IN NEW YORK, VIRGINIA
AND THE DISTRICT OF COLUMBIA
OF COUNSEL

April 20, 2020

By ECF

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**The requested extension is granted.
SO ORDERED.**

*Loretta A. Preska*  4/21/2020

Re: United States v. Portillo
Criminal Docket Number 09-1142 (LAP)

Dear Judge Preska:

    With regrets for writing again, I request an additional week, until April 27, 2020, within which to reply to the government's response, filed January 31, 2020, to Ms. Portillo's letter providing further briefing on issues identified by the Court. AUSA Daniel Tracer does not object to this request. I have had to attend to more pressing matters, including briefs I filed in the Circuit this past Friday and today. This matter is next in my queue, and I expect to file my reply by next Monday, April 27, 2020, if not sooner. I appreciate the Court's consideration.

Respectfully submitted,

/s/
Andrew J. Frisch

cc: AUSA Daniel Tracer