UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>-against-<br><br>ALFONSO PORTILLO,<br><br>               Defendant,<br><br>               and<br><br>OTILA PORTILLO PADUA,<br><br>               Claimant-Petitioner. | 09 Cr. 1142 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    A hearing in this matter is scheduled for September 7-8, 2022, in Courtroom 12A.  The Government and Ms. Portillo Padua shall submit briefs up to 25 pages in length, with at least 14-point type, on or before Wednesday August 31, 2022.  The briefs shall include the relevant legal standards--including applicable burdens of proof and persuasion--as well as summaries of the disputed and undisputed material facts.

The parties shall confer and prepare an exhibit list containing any exhibits referenced in the briefs and/or intended to be introduced at the hearing.  Such exhibits shall be delivered to the Court on or before Friday September 2, 2022, in the following formats:  two sets hard copy; two sets flash drive.

**SO ORDERED.**

Dated:    New York, New York
          August 1, 2022

_____
LORETTA A. PRESKA
Senior United States District Judge